**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA     *

              VS     *   CR. NO. _B-05-570-M5_

_Gerwer Walter Perez-Pacheco_

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate Judge and the cause of action subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at Brownsville, Texas, on _May 31, 2005_.

_____
Felix Recio
United States Magistrate Judge